UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BONNIE WISDOM,** )<br>)<br>    **Plaintiff,** )<br>) Civil Action No. 3:14-cv-00299<br>**v.** )<br>)<br>**PORTFOLIO RECOVERY ASSOCIATES,** )<br>**L.L.C.; and DOE 1-5,** )<br>)<br>    **Defendants.** )<br>) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1-5

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the action against Defendants DOE 1-5.

Date: May 5, 2015

                                                       s/Robert Amador
                                               Robert Amador, Esq. (CA State Bar #269168)
                                               Attorney for Plaintiff BONNIE WISDOM
                                               Centennial Law Offices
                                               9452 Telephone Rd. 156
                                               Ventura, CA. 93004
                                               (888)308-1119 ext. 11
                                               (888)535-8267 fax
                                               R.Amador@centenniallawoffices.com

**CERTIFICATE OF SERVICE**

    I certify that on May 5, 2015, I electronically filed the foregoing through the

Court's CM/ECF system, which will send notification of such filings to the following:

 Robbie Malone
 Robbie Malone, P.L.L.C.
 Northpark Central, Suite 1850
 8750 North Central Expressway
 Dallas, Texas 75231

 Attorney for Defendant Portfolio Recovery Associates, LLC

                                            s/Robert Amador
                                            Robert Amador, Esq. (CA State Bar #269168)
                                            Attorney for Plaintiff BONNIE WISDOM
                                            Centennial Law Offices
                                            9452 Telephone Rd. 156
                                            Ventura, CA. 93004
                                            (888)308-1119 ext. 11
                                            (888)535-8267 fax
                                            R.Amador@centenniallawoffices.com