UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BONNIE WISDOM,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-299-BF |
| | § | |
| **PORTFOLIO RECOVERY ASSOCIATES,** | § | |
| **LLC and Doe 1-5,** | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Memorandum Opinion and Order granting Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment [D.E. 21]. In addition, Plaintiff subsequently filed her Notice of Voluntary Dismissal as to Doe 1-5 [D.E. 39]. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 6th day of May, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE