IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-10481
_____

BONNIE WISDOM,

    Plaintiff - Appellant

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant - Appellee

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas

_____

**A True Copy**
**Certified order issued Sep 25, 2015**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed with prejudice as of September 25, 2015, pursuant to the joint stipulation of the parties.

                                              LYLE W. CAYCE
                                              Clerk of the United States Court
                                              of Appeals for the Fifth Circuit

                                              *Mary Stewart*
                                              By: _____
                                              Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT